

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
New York, NY 10007

September 13, 2019

<u>BY ECF</u>
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Jerry R. Hodges v. William P. Barr,* 17 Civ. 04273 (RA)

Dear Judge Abrams:

      This Office represents William P. Barr (the "Defendant") in his official capacity in the above-referenced employment case. On July 11, 2019, this Court denied Plaintiff's motion to amend his Complaint because he had failed to adequately explain how any of his proposed changes would survive a renewed motion to dismiss in light of this Court's Order granting the Defendant's motion to dismiss without prejudice. *See* Dkt. No. 30. In that decision, the Court provided Plaintiff with "one final opportunity to seek leave to amend his Complaint," by notifying the Court within thirty days of whether he seeks to amend. *See id.* at 2. The Order also required Plaintiff to file a full-length proposed amended complaint, together with an explanation of how the changes will allow the complaint to survive a renewed motion to dismiss. *See id.* at 2-3.

      Over sixty days have passed since that Order, and Plaintiff has not notified the Court of how he intends to proceed or of any proposed further amendments to his complaint. Given Plaintiff's decision not to seek further amendment of his complaint or otherwise pursue this litigation, and for the reasons stated in this Court's orders on the Defendant's motion to dismiss (Dkt. No. 24) and Plaintiff's subsequent motion to amend his complaint (Dkt. No. 111), the Defendant respectfully requests that the Court dismiss this action with prejudice and close this case.

      Thank you for consideration of this request.

        Respectfully,

        GEOFFREY S. BERMAN
        United States Attorney

By:   /s/ Charles S. Jacob
        CHARLES S. JACOB
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel: (212) 637-2725
        Fax: (212) 637-2702
        charles.jacob@usdoj.gov

cc: *Pro se* Plaintiff (via U.S. mail)